FILED

1  | BENJAMIN B. WAGNER
   | United States Attorney
2  | R. STEVEN LAPHAM
   | Assistant U.S. Attorney
3  | 501 I Street, Suite 10-100
   | Sacramento, California  95814
4  | Telephone: (916) 554-2724

MAR 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )        CR. NO. 2:12 - CR - 0 1 1 2 LKK
                                   )
                Plaintiff,         )        ORDER TO SEAL
        v.                         )        (UNDER SEAL)
                                   )
VREZH UZUNYAN, and                 )
ARMENAK AVAGYAN,                   )
                                   )
                Defendants.        )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED:  3-15-2012

                                        _____
                                        EDMUND F. BRENNAN
                                        United States Magistrate Judge

1