PHILLIP A. TALBERT
United States Attorney
MICHELE M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>VREZH UZUNYAN, ET AL,<br><br>                     Defendant. | CASE NO. 2:12-CR-00112-KJM<br><br>ORDER DISMISSING INDICTMENT AS TO DEFENDANT VREZH UZUNYAN |

It is hereby ordered that plaintiff United States of America's motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment as to defendant Vrezh Uzunyan is GRANTED.

IT IS SO ORDERED.

Dated: December 21, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER